**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF NEW JERSEY**

In Re:
MIGNONE, JOSEPH
MIGNONE, MARJORIE

Case No.: 19-25722
Chapter 7
Judge: Jerrold N. Poslusny, Jr.

## NOTICE OF PROPOSED ABANDONMENT

Thomas J. Subranni, Trustee in this case, proposes to abandon property of the estate described below as being of inconsequential value. If you object to the abandonment, you must file a written objection with the Clerk of the United States Bankruptcy Court and serve it on the party named below not later than 7 days before the hearing date.

**Address of the Clerk:**

U.S. Post Office and Courthouse
401 Market Street, Second Floor
Camden, NJ 08101

If an objection is filed, a hearing will be held before the Honorable Jerrold N. Poslusny, Jr. on November 26, 2019 at 10:00 AM at the United States Bankruptcy Court, Courtroom No. 4C (Hearing date must be at least 28 days from the date of this notice). If no objection is filed, the abandonment shall take effect on entry by the clerk of a Certification of No Objection.

| Description of property | FMV | Liens on property | Amount of equity claimed as exempt |
|---|---|---|---|
| 269 WINDSOR AVE., HADDONFIELD, NJ 08033 | $360,000.00 | $872,149.19 | $0.00 |

Objections must be served on, and requests for additional information directed to:

Name: /s/ Thomas J. Subranni
Address: 1624 Pacific Avenue, Atlantic City, NJ 08401
Telephone No.: (609) 347-7000

*rev.8/1/15*

United States Bankruptcy Court
District of New Jersey

In re: Case No. 19-25722-JNP
Joseph Mignone Chapter 7
Marjorie Mignone
Debtors

# CERTIFICATE OF NOTICE

District/off: 0312-1 User: admin Page 1 of 3 Date Rcvd: Oct 23, 2019
Form ID: pdf905 Total Noticed: 113

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Oct 25, 2019.

db/jdb +Joseph Mignone, Marjorie Mignone, 269 Windsor Ave., Haddonfield, NJ 08033-1420
518407631 +1st Colonial Community Bank, c/o Saldutti Law Group, 800 N. Kings Highway, Suite 300, Cherry Hill, NJ 08034-1511
518407634 +ADP, c/o Avadanian & Associates LLC, 281 Young Harris St., Suite D, PMB 273, Blairsville, GA 30512-3712
518407635 +ADP Chesapeake (Baltimore) Run, 99 Jefferson Road MS 220, Parsippany, NJ 07054-2815
518407636 +ADP, LLC, PO Box 12513, 1851 N. Resler Drive, El Paso, TX 79912-8023
518407639 +ALSCO, 30 McCullough Drive, New Castle, DE 19720-2066
518407633 AccuTell LLC, PO Box 92, Yorkville, NY 13495-0092
518407637 Alciviades Alcala Arrece, Jiron Los Almendros 364-366, Urbanizacion Entel Peru, San Juan de Miraflores, Lima 29, Lima-Peru, South America
518407638 +Aldo Mignone, 10 Beechwood Ave., Maple Shade, NJ 08052-1142
518407640 +Altus GTS, Inc., PO Box 1389, Kenner, LA 70063-1389
518407641 +Angela McCarthy and Tim McCarthy, 9 Mecray Lane, Maple Shade, NJ 08052-2516
518407642 +Anthony Russo, 912 Brandywine Blvd, Wilmington, DE 19809-2528
518407643 Artesian Water, PO Box 15069, Wilmington, DE 19886-5069
518407644 +Atlantic City Electric, c/o Rickart Collection Systems, Inc., 575 Milltown Road, PO Box 7242, North Brunswick, NJ 08902-7242
518407645 +Axelrod Energy Services, Inc., 19 Bala Ave., Suite 300, Bala Cynwyd, PA 19004-3202
518407646 Berkshire Hathaway Guard, PO Box A-H, Wilkes Barre, PA 18703-0020
518407647 +Best Buy/cbna, Po Box 6497, Sioux Falls, SD 57117-6497
518407649 +Brand Source/citi Cbna, Po Box 6497, Sioux Falls, SD 57117-6497
518407667 CST Co., PO Box 33127, Louisville, KY 40232-3127
518407651 Calico Industries, Inc., PO Box 2005, Annapolis Junction, MD 20701-2005
518407654 +Cbna, Po Box 6497, Sioux Falls, SD 57117-6497
518407655 +Ciconte Scerba, LLC, 1300 King Street, Box 1126, Wilmington, DE 19801-3220
518407656 Cintas Corporation #100, PO Box 630803, Cincinnati, OH 45263-0803
518407658 City of Newark, PO Box 13447, Philadelphia, PA 19101-3447
518407657 +City of Newark, 220 South Main Street, Newark, DE 19711-4594
518407659 +Clipper Magazine, 3708 Hempland Road, Mountville, PA 17554-1542
518407664 +Comtrex Systems Corporation, c/o C2C Resources, LLC, 56 Perimeter Center East, Suite 100, Atlanta, GA 30346-2214
518407665 +Courier Post, 301 Cuthbert Blvd., PO Box 5300, Cherry Hill, NJ 08034-0430
518407668 +Curtis High, 227 Browning Road, Lancaster, PA 17602-4052
518407669 +Deiches & Ferschmann, c/o Ira Deiches, 25 Wilkins Ave., Haddonfield, NJ 08033-2405
518407670 +Delcollo Electric, Inc., 226 Brookside Drive, Wilmington, DE 19804-1319
518407673 +Earp Cohn PC, 20 Brace Road, 4th Floor, Cherry Hill, NJ 08034-2643
518407674 East Coast Food Equipment Inc., 570 Industrial Drive, Lewisberry, PA 17339-9534
518407675 +Eastern Fire Suppression LLC, 1041 Glassboro Road, Suite C-6, PO Box 803, Williamstown, NJ 08094-0803
518407676 +Express Merchant Processing Solutions, PO Box 17548, Denver, CO 80217-0548
518407677 +Farmers Insurance, c/o ARSI, 555 St. Charles Drive, Suite 100, Thousand Oaks, CA 91360-3983
518407679 Food Safety Specialties-Ecolab, PO Box 9658, Minneapolis, MN 55440-9658
518407678 +Food Safety Specialties-Ecolab, c/o RMS, PO Box 361595, Columbus, OH 43236-1595
518407682 Gordon Food Service, PO Box 88029, Chicago, IL 60680-1029
518407683 Gordon Food Service, PO Box 1787, Grand Rapids, MI 49501-1787
518407684 Granite Telecommunications, Client ID#311, PO Box 983119, Boston, MA 02298-3119
518407685 Guard Insurance Group, c/o GB Collects LLC, 1253 Haddonfield Berlin Road, Voorhees, NJ 08043-4847
518407686 HALO Branded Solutions, 3182 Momentum Place, Chicago, IL 60689-5331
518407688 HRdirect, PO Box 669390, Pompano Beach, FL 33066-9390
518407690 +Jordan Rideout, 105 S. 11th Street, Akron, PA 17501-1509
518407691 +Jpmcb Auto, Po Box 901003, Ft Worth, TX 76101-2003
518407692 +Kyle Wright’s Lawn Care, 1016 Warwick Road, Haddonfield, NJ 08033-3645
518407693 Liberty Coca-Cola Beverages LLC, PO Box 780810, Philadelphia, PA 19178-0810
518407694 Liberty Mutual Insurance, c/o Frontline Ins Group LLC, PO Box 622795, Oviedo, FL 32762-2795
518407695 +Lyons, Doughty & Veldhuis, 15 Ashley Place, Suite 2B, Wilmington, DE 19804-1396
518407696 +Macys/dsnb, Po Box 8218, Mason, OH 45040-8218
518407700 +Muazk LLC (MOOD), 1703 W. 5th Street, Suite 600, Austin, TX 78703-4894
518407701 +Noah Bank, c/o The Basil Law Group, PC, 1270 Broadway, Suite 305, New York, NY 10001-3215
518407702 +Noah Bank, 7301 Old York Road, Elkins Park, PA 19027-3004
518407704 +Paul Faul, 8 Mallboro Drive, Newark, DE 19713-1531
518407705 +PayChex Of New York, LLC, 1100 Adams Ave., Norristown, PA 19403-2404
518407706 +Plymouth Square Associates, c/o Highland Management, 310 Yorktown Plaza, Elkins Park, PA 19027-1427
518407708 +RC Computers, LLC, 36 Dorothy Drive, Sewell, NJ 08080-2454
518407711 +RPM, 20818 44th Ave. W, Suite 140, Lynnwood, WA 98036-7709
518407707 +Ragone Lacatena Fairchild & Beppel, PC, 76 Euclid Ave., Suite 200, Haddonfield, NJ 08033-2330
518407709 +Richard S. Israel, Earp Cohn PC, 20 Brace Road, 4th Floor, Cherry Hill, NJ 08034-2634
518407710 +Rothbard Rothbard Kohn & Kellar, 50 Park Place, Suite 1228, Newark, NJ 07102-4395

518407720 +SW Wilmington Inc., 227 Browning Road, Lancaster, PA 17602-4052
518407721 +SW Wilmington, Inc., 105 S. 11th Street, Akron, PA 17501-1509
518407712 +Saladworks Corporate, LLC, 1001 Conshohocken State Road, Suite 600, Conshohocken, PA 19428-2908
518407713 +Saval Foods, PO Box 8630, 6740 Dorsey Road, Elkridge, MD 21075-6205
518407714 +Saval Foodservice, c/o Hudson Law Offices PC, Washington Professional Campus, 900 Route 168, Suite C-2, Turnersville, NJ 08012-3206
518407715 Seashore Fruit & Produce Co., Inc., 1344 NW Blvd., Vineland, NJ 08360
518407716 +Security Instrument, 309 West Newport Pike, Wilmington, DE 19804-3148
518407718 South Jersey Gas, PO Box 6091, Bellmawr, NJ 08099-6091
518407717 +South Jersey Gas, c/o ACT, PO Box 400, Moorestown, NJ 08057-0400
518407719 +Suez Water Delaware, 2000 First State Blvd., PO Box 6508, Wilmington, DE 19804-0508
518407726 TLS Financial Group Inc, d/b/a United Check Cash Exchange, 4409 Whitney Ave., Boothwyn, PA 19061-2719
518407723 The Children’s Hospital of Philadelphia, Physician Billing - PB CHOP, PO Box 788017, Philadelphia, PA 19178-8017
518407724 The Hartford Financial Services Group, c/o Brown & Joseph, LTD, PO Box 59838, Schaumburg, IL 60159-0838
518407725 +The Hartord, 3600 Wiseman Blvd., San Antonio, TX 78251-4323
518407730 ++US BANK, PO BOX 5229, CINCINNATI OH 45201-5229
(address filed with court: Us Bank, 4325 17th Ave S, Fargo, ND 58125)
518407729 +United Check Cashing, 45 Marrows Road, Newark, DE 19713-3701
518407732 +Valley Proteins, Inc., c/o Altus GTS Inc., PO Box 1389, Kenner, LA 70063-1389
518407733 Verizon, c/o IC System, PO Box 64437, Saint Paul, MN 55164-0437
518407735 Virtua Medical Group, PO Box 71451, Philadelphia, PA 19176-1451
518407736 Waste Management, PO Box 13648, Philadelphia, PA 19101-3648
518407738 Waste Management of Delaware Inc., PO Box 13648, Philadelphia, PA 19101-3648
518407737 +Waste Management of Delaware Inc., PO Box 43470, Phoenix, AZ 85080-3470
518407739 +Wells Fargo Hm Mortgag, Po Box 10335, Des Moines, IA 50306-0335
518407740 +Western Pest Services, 3202 Concord Pike, Wilmington, DE 19803-5090
518407741 +WorldPay Integrated Payments, 150 Mercury Village Drive, Durango, CO 81301-8955

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
smg E-mail/Text: usanj.njbankr@usdoj.gov Oct 24 2019 00:21:11 U.S. Attorney, 970 Broad St., Room 502, Rodino Federal Bldg., Newark, NJ 07102-2534
smg +E-mail/Text: ustpregion03.ne.ecf@usdoj.gov Oct 24 2019 00:21:08 United States Trustee, Office of the United States Trustee, 1085 Raymond Blvd., One Newark Center, Suite 2100, Newark, NJ 07102-5235
518407632 +E-mail/Text: yhan@1stcnb.net Oct 24 2019 00:21:44 1st Colonial Community Bank, 1040 Haddon Ave., Collingswood, NJ 08108-2046
518407648 +E-mail/Text: rmckay@biehlcollects.com Oct 24 2019 00:21:58 Biehl & Biehl, Inc., PO Box 87410, Carol Stream, IL 60188-7410
518407650 +E-mail/Text: updates@brennanclark.com Oct 24 2019 00:21:35 Brennan & Clark, 721 East Madison Street, Suite 200, Villa Park, IL 60181-3083
518407652 E-mail/PDF: AIS.cocard.ebn@americaninfosource.com Oct 24 2019 00:14:31 Capital One Bank Usa N, 15000 Capital One Dr, Richmond, VA 23238
518407653 +E-mail/Text: BNC-ALLIANCE@QUANTUM3GROUP.COM Oct 24 2019 00:20:46 Cb/ptrybrn, Po Box 182789, Columbus, OH 43218-2789
518407660 E-mail/Text: documentfiling@lciinc.com Oct 24 2019 00:19:23 Comcast, PO Box 3001, Southeastern, PA 19398-3001
518407661 E-mail/Text: documentfiling@lciinc.com Oct 24 2019 00:19:23 Comcast, 676 Island Pond Road, Manchester, NH 03109-4840
518407662 E-mail/Text: documentfiling@lciinc.com Oct 24 2019 00:19:23 Comcast Cable, PO Box 3002, Southeastern, PA 19398-3002
518407663 +E-mail/Text: BNC-ALLIANCE@QUANTUM3GROUP.COM Oct 24 2019 00:20:47 Comenity Bank/pttrybrn, Po Box 182789, Columbus, OH 43218-2789
518407666 E-mail/Text: rmckay@biehlcollects.com Oct 24 2019 00:21:58 Courier Post - Cherry Hill, c/o Biehl & Biehl, PO Box 87410, Carol Stream, IL 60188-7410
518407671 +E-mail/Text: bankruptcy@pepcoholdings.com Oct 24 2019 00:20:29 Delmarva Power, PO Box 13609, Philadelphia, PA 19101-3609
518407672 +E-mail/PDF: DellBKNotifications@resurgent.com Oct 24 2019 00:14:42 Dfs/webbank, Po Box 81607, Austin, TX 78708-1607
518407680 +E-mail/Text: bankruptcy@fuscoenterprises.com Oct 24 2019 00:20:58 Fusco Management, Inc., 200 Airport Road, New Castle, DE 19720-1520
518407687 E-mail/Text: Harris@ebn.phinsolutions.com Oct 24 2019 00:22:08 Harris & Harris Ltd., 111 West Jackson Blvd, Suite 400, Chicago, IL 60604-4135
518407689 E-mail/Text: cio.bncmail@irs.gov Oct 24 2019 00:20:19 Internal Revenue Service, PO Box 7346, Philadelphia, PA 19101-7346
518407698 +E-mail/Text: bknotices@mbandw.com Oct 24 2019 00:21:32 McCarthy, Burgess & Wolff, 26000 Cannon Road, Cleveland, OH 44146-1807
518407697 +E-mail/Text: bknotices@mbandw.com Oct 24 2019 00:21:32 McCarthy, Burgess & Wolff, 26000 Cannon Road, Bedford, OH 44146-1807
518407703 +E-mail/Text: bnc@nordstrom.com Oct 24 2019 00:20:13 Nordstrom/td Bank Usa, 13531 E. Caley Ave, Englewood, CO 80111-6504
518407722 +E-mail/PDF: gecsedi@recoverycorp.com Oct 24 2019 00:16:31 Syncb/gap, Po Box 965005, Orlando, FL 32896-5005
518411321 +E-mail/PDF: gecsedi@recoverycorp.com Oct 24 2019 00:14:18 Synchrony Bank, c/o of PRA Receivables Management, LLC, PO Box 41021, Norfolk, VA 23541-1021
518407727 E-mail/Text: chegyi@winslowtownship.com Oct 24 2019 00:21:10 Township of Winslow, 125 South Route 73, Hammonton, NJ 08037-9422

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center (continued)

518407728 +E-mail/Text: bankruptcydepartment@tsico.com Oct 24 2019 00:21:52
Transworld Systems Inc Collection Agency, 500 Virginia Drive, Suite 514,
Fort Washington, PA 19034-2733

518407731 +E-mail/Text: bankruptcyecf.shared@usfoods.com Oct 24 2019 00:21:32 US Foods Inc.,
1051 Amboy Ave., Perth Amboy, NJ 08861-1919

518407734 E-mail/Text: wfmelectronicbankruptcynotifications@verizonwireless.com Oct 24 2019 00:19:18
Verizon, PO Box 4833, Trenton, NJ 08650-4833

TOTAL: 26

***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****

cr* +1st Colonial Community Bank, c/o Saldutti Law Group, 800 N Kings Highway, Suite 300,
Cherry Hill, NJ 08034-1511

518407681 ##+Garden State Highway Products, Inc., 1740 E. Oak Road, Vineland, NJ 08361-2504

518407699 ##+McFoy Refrigeration, 152 Quigley Blvd., New Castle, DE 19720-4104

TOTALS: 0, * 1, ## 2

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

Addresses marked '++' were redirected to the recipient's preferred mailing address pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).

Addresses marked '##' were identified by the USPS National Change of Address system as undeliverable. Notices will no longer be delivered by the USPS to these addresses; therefore, they have been bypassed. The debtor's attorney or pro se debtor was advised that the specified notice was undeliverable.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Oct 25, 2019 Signature: /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on October 22, 2019 at the address(es) listed below:

Denise E. Carlon on behalf of Creditor Specialized Loan Servicing, LLC
dcarlon@kmllawgroup.com, bkgroup@kmllawgroup.com

Kevin Gordon McDonald on behalf of Creditor Specialized Loan Servicing, LLC
kmcdonald@kmllawgroup.com, bkgroup@kmllawgroup.com

Rebecca K. McDowell on behalf of Creditor 1st Colonial Community Bank rmcdowell@slgcollect.com

Robert Manchel on behalf of Debtor Joseph Mignone manchellaw@yahoo.com

Robert Manchel on behalf of Joint Debtor Marjorie Mignone manchellaw@yahoo.com

Thomas J Subranni trustee@subranni.com,
NJ84@ecfcbis.com;cwild@subranni.com;Subranni@premierremote.com

U.S. Trustee USTPRegion03.NE.ECF@usdoj.gov

TOTAL: 7