Form 177 – fnldec

**UNITED STATES BANKRUPTCY COURT**

District of New Jersey
401 Market Street
Camden, NJ 08102

                        Case No.:  19–25722–JNP
                        Chapter:  7
                        Judge:  Jerrold N. Poslusny Jr.

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):

| | |
|---|---|
| Joseph Mignone<br>269 Windsor Ave.<br>Haddonfield, NJ 08033 | Marjorie Mignone<br>269 Windsor Ave.<br>Haddonfield, NJ 08033 |

Social Security No.:
  xxx–xx–4437                                               xxx–xx–4973

Employer's Tax I.D. No.:

**FINAL DECREE**

      The estate of the above named debtor(s) has been fully administered.

      If this case is a Chapter 11 or 13, the deposit required by the plan will be distributed, and it is

      ORDERED that Thomas J Subranni is discharged as trustee of the estate of the above named debtor(s) and the bond is canceled; and the case of the above named debtor(s) is closed.

Dated: <u>December 31, 2019</u>             <u>Jerrold N. Poslusny Jr.</u>
                                                            Judge, United States Bankruptcy Court